UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ, | No. C 06-6977 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| SANTA CLARA COUNTY SHERIFF'S DEPT.; et al., | |
| Defendants. | |

    Defendants filed an <u>ex parte</u> application for leave to conduct the deposition of plaintiff. The application is DISMISSED as unnecessary. (Docket # 24.) The order of service gave the necessary permission for plaintiff to be deposed. <u>See</u> Order Of Service, p. 4 ("No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16 is required before the parties may conduct discovery.")

    Defendants filed an <u>ex parte</u> request for a ninety-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Rima Singh, the court GRANTS the request. (Docket # 18.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **March 6, 2009**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **April 10, 2009**. Defendants must file and serve their reply brief, if any, no later than **April 30, 2009**.

    IT IS SO ORDERED.

Dated: December 12, 2008

                                                      SUSAN ILLSTON
                                                United States District Judge