UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL HERNANDEZ, | No. C 06-6977 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANTA CLARA COUNTY SHERIFF'S DEPT.; et al., | |
| Defendants. | |

Judgment is entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 2, 2009

_____
SUSAN ILLSTON
United States District Judge